JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSE SCOTT aka CC DAVIDBADAL,<br><br>           Plaintiff,<br><br>      v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.2:20-cv-08154-SVW-MAA<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>*[Filed Concurrently with Joint Stipulation for Dismissal of Entire Action with Prejudice]*<br><br>Complaint Filed:   September 4, 2020<br>District Judge:  Hon. Stephen V. Wilson<br>Magistrate Judge:  Hon. Maria A. Audero |

# ORDER

Pursuant to the Stipulation entered into by and between plaintiff Charisse Scott and defendant Lincoln Life Assurance Company of Boston, and good cause appearing thereby,

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: __March 8, 2021_____

_____
Honorable Stephen V. Wilson
United States District Court Judge
Central District of California

46272517.1